UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICHAEL FREEMAN, | ) | Case No. C06-377-RSL |
| Petitioner, | ) | |
| v. | ) | |
| RICHARD MORGAN, | ) | ORDER OF DISMISSAL |
| Respondent. | ) | |

The Court, after careful consideration of petitioner's § 2254 petition for writ of habeas corpus, the answer of the respondent, all supplemental materials filed, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the governing authorities, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas petition (Dkt. No. 1) is DENIED and his case is DISMISSED with prejudice.

(3) The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 9th day of December, 2008.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DISMISSING § 2254 PETITION